# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY BANKS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>J. PELAYO, *et al.*,<br><br>　　　　　Defendants. | Case No. 1:20-cv-00117-BAM (PC)<br><br>ORDER DENYING PLAINTIFF'S SECOND APPLICATION TO PROCEED *IN FORMA PAUPERIS* AS MOOT<br><br>(ECF No. 8) |

Plaintiff Rodney Banks is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On January 29, 2020, the Court granted Plaintiff's application to proceed *in forma pauperis* in this action pursuant to 28 U.S.C. § 1915. (ECF No. 7.) On February 3, 2020, Plaintiff filed a second application to proceed *in forma pauperis*. (ECF No. 8.)

Since Plaintiff has already been granted leave to proceed *in forma pauperis* in this action, Plaintiff's second application is unnecessary. Accordingly, Plaintiff's second application to proceed *in forma pauperis*, (ECF No. 8), is HEREBY DENIED as moot.

IT IS SO ORDERED.

　Dated:　**February 5, 2020**　　　　　　/s/ *Barbara A. McAuliffe*
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1